1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

| | |
|---|---|
| **VICTORINO GONZALEZ,** | **Case No. SACV 14-1083 VBF(JC)** |
| **Petitioner,** | **ORDER** |
| v. | **Overruling Petitioner's Objections, Adopting Report & Recommendation; Denying the Habeas Corpus Petition;** |
| KIM HOLLAND, | **Directing Entry of Separate Final Judgment;** |
| Respondent. | **Terminating and Closing Case (J-6)** |

19
20
21
22
23
24
25
26

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. section 2254 ("petition") (CM/ECF Document ("Doc") 1), the respondent warden's answer and accompanying memorandum (Doc 12), the relevant decision(s) of the California state courts, the state-court "lodged documents" submitted by the respondent in paper form (listed in the "Notice of Lodging" index at Doc 13), petitioner's reply (Doc 14) and supplemental reply (Doc 16), the Report and Recommendation ("R&R") issued by the Magistrate Judge pursuant to Fed. R. Civ. P. 72(b)(1) and 28 U.S.C. § 636(b)(1)(B) on March 31, 2016 (Doc 19), petitioner's timely[1] objections to the R&R (Doc 20), and the applicable law.

27

28

_____

[1]

Both Fed. R. Civ. P. 72(b)(2) and 28 U.S.C. section 636(b)(1) provide that a party may file written objections to an R&R within fourteen days after being served with the R&R. Our Local Civil

(continued...)

"Federal Rule of Civil Procedure 72(b)(2) gave respondent a right to respond to the objections, but the time to do so has elapsed and respondent has filed neither a response nor a request for an extension of time.  Accordingly,  the Court proceeds to the merits without waiting further."  *Ruelas v. Muniz*, No. SA CV 14-01761, 2016 WL 540769, \*1 (C.D. Cal. Feb. 9, 2016) (Fairbank, J.).  "As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the . . . R&R."  *Rael v. Foulk*, No. LA CV 14-02987, 2015 WL 4111295, \*1 (C.D. Cal. July 7, 2015) (Fairbank, J.), *appeal filed*, No. 15-56205 (9th Cir. Aug. 6, 2015).  Accordingly, the Court will accept and implement the Magistrate Judge's findings and recommendations.

ORDER

Petitioner's objections to the Report and Recommendation are **OVERRULED**.

The Magistrate Judge's Report and Recommendation is **ADOPTED**.

The petition for a writ of habeas corpus is **DENIED**.

The Court will rule on a certificate of appealability by separate order.

Final judgment will be entered in favor of respondent consistent with this order.

As required by Fed. R. Civ. P. 58(a), the judgment will be a separate document.

---

[1](...continued)

Rule 72-3.3, however, provides that "[i]f a party is in custody at the time of the filing of the Magistrate Judge's Report, the time for filing objections under F.R. Civ. P. 72(b) shall be shall be twenty (20) days or such further time as the Magistrate Judge may order."

"Consistent with the Federal Rule governing Magistrate Judges and the Federal Magistrates Act, the Court construes that to mean twenty calendar days after the incarcerated party is *served with* the R&R, not merely twenty days after the R&R is filed on the docket."  *Crump v. CSP-Los Angeles County's Maintenance-Plant Operations Dep't*, No. LA CV 15-07845 Doc. 37 at 2 n.1 (C.D. Cal. Apr. 21, 2016) (Fairbank, J.) (not yet on WL or Lexis).

This action is **DISMISSED with prejudice**.

The case **SHALL BE TERMINATED** and closed **(JS-6).**

Dated:  Thursday, May 5, 2016

*Valerie Baker Fairbank*

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge