UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTORINO GONZALEZ,** | Case No. SA CV 14-1083 VBF-JC |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| KIM HOLLAND, | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Overruling Petitioner's Objections, Adopting the R&R, Denying the Habeas Corpus Petition, Dismissing the Action with Prejudice, Directing the Entry of Separate Final Judgment, and Terminating the Case, **final judgment is hereby entered in favor of the respondent and against petitioner Victorino Gonzales.**

DATED: Thursday, May 5, 2016

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
Senior United States District Judge